FILED
2005 Apr-21  AM 09:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADMIRAL MERCHANTS MOTOR FREIGHT, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NUMBER: ) CV-04-CO-2435-S ) |
| D&M TRUCKING, INC., et al., | ) ) |
| Defendants | ) |

### FINDINGS AND CONCLUSIONS

THIS CAUSE, having come before the Court on plaintiff Admiral Merchants Motor Freight, Inc., ("Admiral Merchants") Motions for Default Judgment (Docs. 3 and 19), and the Court, being otherwise fully informed, finds as follows:

1. The plaintiff filed this lawsuit against Martha Bond, individually and d/b/a D&M Trucking, on August 6, 2004.  (Doc. 1.)  The plaintiff served Martha Bond on August 16, 2004.  Defendant failed to appear, plead, or otherwise defend.  On October 27, 2004, the plaintiff filed a Motion for Default Judgment against Martha Bond.  (Doc. 3.)  On October 28, 2004, the Clerk of this

Court entered default against Martha Bond, individually and d/b/a D&M Trucking.

2. On January 14, 2005, the plaintiff filed an Amended Complaint against Delma O. Bond, both individually and d/b/a D&M Trucking. (Doc. 9.) On March 9, 2005, the plaintiff served Delma Bond with the Amended Complaint. Defendant failed to appear, plead, or otherwise defend. On April 12, 2005, the plaintiff filed a Motion for Default Judgment against Delma O. Bond. (Doc. 19.) On April 13, 2005, the Clerk of this Court entered default against Delma O. Bond, individually and d/b/a D&M Trucking.

3. Plaintiff is entitled to damages in the amount of $106,304.97, plus interest hereafter at the prevailing legal rate per annum until paid in full.

4. By separate order, judgment by default will be GRANTED.

Done this 20th day of April 2005.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297